**Daniel C. CHURCH, Appellant,**

v.

**B & C LEASING COMPANY,
Respondent.**

No. 71417.

Missouri Court of Appeals,
Eastern District,
Division One.

May 27, 1997.

Edward Rex Bradley, Louisiana, for appellant.

Kevin M. Leahy, Vicky L. Anthony, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Daniel C. Church appeals from the decision of the Labor and Industrial Relations Commission affirming the Administrative Law Judge's denial of benefits. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).